EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                          | 2020 TSPR 157   |
|---------------------------------|-----------------|
| Rubie Mariela Alicea Martínez   | 205 DPR _____   |

Número del Caso:  TS-15,902


Fecha:  17 de diciembre de 2020


Abogado de la peticionaria:

    Lcdo. Luis Javier Irizarry Lugo



Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Rubie Mariela Alicea Martínez            TS-15,902


RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de diciembre de 2020.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía* que presentó la peticionaria, se declara *ha lugar*. En consecuencia, se ordena la reinstalación de la Lcda. Rubie Mariela Alicea Martínez al ejercicio de la abogacía.

Se ordena levantar la paralización de las quejas en los casos AB-2014-109 y AB-2014-426 y se ordena la continuación de los procedimientos.

Se le concede un término de diez (10) días a la licenciada Alicea Martínez —desde la notificación de esta Resolución— para que comparezca a este Tribunal, presente su contestación a las quejas y acredite haber notificado su contestación a los promoventes de estas.

Se le advierte a la letrada que su incumplimiento con esta Resolución podría conllevar sanciones severas, incluyendo la suspensión inmediata e indefinida al ejercicio de la profesión.

Notifíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Feliberti Cintrón le hubiese ordenado antes contestar las quejas y acreditarnos haber notificado dichas contestaciones

según corresponde como condición para reinstalarla. La Juez Asociada señora Rodríguez Rodríguez no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo